```
____ FILED      ____ ENTERED
____ LODGED   ____ RECEIVED

APR 09 2006   DJ

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY
```

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON, AT SEATTLE

| | |
|---|---|
| Wilson, Randy Gordon<br>Mass, Norma Iris<br><br>Plaintiffs,<br><br>VS.<br><br>Brenneke School of Massage;<br>Brenneke, Heida; Brenneke, Russel;<br>Clingman, Alan; Darrah, Julie Ann;<br>Cortiva Institute; Cortiva Education, Inc<br>Crouse, Bethany; Dixon, Mark; Dauble,<br>Kim; Garrison, Melanie; Hastings, Jim<br>Guttman-McCabe, Catherine; Mulligan,<br>Rebecca; Ruuska, Laura; Schmidt Dawn;<br>Smith, Pam; Strzechowski, Joy; Seattle<br>Police Department; State of Washington<br>Services for the Blind, The Church of<br>Jesus Christ of Later-Day Saints, Hutchings,<br>Juan, Hutchings Darlena, The United States<br>Of America, President Bush, George W.;<br>The State of California, Governor<br>Schwarzenegger, Arnold; Allen, Susan Linda;<br>Salt Lake County Child Protective Services,<br>Salt Lake City Police Department; Salt Lake<br>County Sheriff Department; Third Judicial<br>District Court, Adam Walsh Child Resource<br>Center, America's Most Wanted, Walsh John,<br>United States Marshall's Service Utah District<br>Federal Court; Federal Court of Appeals 10<br>Circuit in Salt Lake City, Utah; | CAUSE NO.: C06-0489 TSZ<br><br>COMPLAINT FOR DEPRIVATION<br>OF RIGHTS<br><br>JURY TRIAL DEMANDED<br><br>DEMAND: ONE HUNDRED BILLION<br>UNITED STATES OF AMERICA<br>DOLLARS<br><br>RELATED CASES IN FEDERAL<br>DISTRICT COURTS:<br><br>2: 90-cv-00699-JTG Wilson v. Maxwell,<br>et al<br><br><br>2:97-mc-00083 Wilson v. Allen, et al<br><br><br>06-CV-00489-CMP |

SEA 0235 N LSS
(4/10/06)

Wilson, Randy Gordon & Mass, Norma Iris, Plaintiffs Pro Se, 1025 E FIR ST. # 743, SEATTLE
Water 98122 (206) 550-6046                                                                                    (PAGE )
Page 1 of 12 COMPLAINT FOR DEPRIVATION OF RIGHTS

1. Broe; Maxwell, Cathy, Maxwell, Dan, Midvale Utah *
2. Police Department; Post Falls Idaho Police Department; *
3. West Valley Utah Police Department; San Bernardino *
4. County Sheriff Department; Federal Bureau of Investigation*
5. State of Utah Department of Social Services; State of California *
6. Department of Social Services; State of Iowa Department of *
7. Social Services; State of Louisiana Department of Social Services*
8. State of Idaho Department of Social Services; Legal Aid Society*
9. Of Salt Lake City Utah; Sandra L. Steilivort; Gaylen S Young*
10. State of Utah Third District Court of Salt Lake City Utah*
11. The Honorable Michael Murphy; Judge Kenneth Rigtrup; *
12. Commissioner Allphin; Salt Lake County Attorney's Office*
13. Child Protective Services worker Jackie Shelly; Marty O'Donnel*
14. Rita Berlin; CPS worker Wayne Conrad; Bonnie Denhart; *
15. Bishop William F Berger; Bishop John Falk; Bishop Germaine; *
16. Brent Bergen; California Highway Patrol; Lynn Day; Intermountain*
17. Sexual Abuse Treatment Center of Salt Lake City Utah; CPS *
18. Olympus View Hospital of Salt Lake City, Utah; Salt Lake County
19. Mental Health; Walter R Elett; Midvale Detective Hodgskinson;*
20. San Bernardino Police Department; Richard J Van Der Wyk; *
21. United States Marshall's Office Salt Lake City Utah, Judge Dee *
22. Benson, Judge J T Green, Judge Ronald Boyce, City of Midvale *
23. Utah; Juvenile Court of Salt Lake City Utah; Randall Steven Wilson*
24. Rian Lloyd Wilson; Emberee Sharon LaDawn Wilson; Patricia Newby*
25. Lloyd Newby Jr.; Bruce Plenk; Agnes Plenk; Bellevue Community*
26. College; The United States Army, The Veterans Administration, Madigan *
27. General Hospital at Fort Lewis Washington; Edwin Silver; Law Office of *
28. Bernard Katzman; Van Dyk Engineering Contractors; Law Office of Kenneth*

-{ PAGE \* MERGEFORMAT }-

Page 2 of 12

1  Rowan; State Compensation Insurance Fund; Workmen's
2  Compensation Appeals Board; Rowe, Ed; Renner, Bob; Unrath,
3  Karen; Judge John Crawly; Judge James C. McGuire; Camille Mesarobien,
4  Ivan Rodriguez; Christine Rodriguez; Jeff Jones; Ross Chartier;
5  Embrey, Pat; Sleuter, John, State of Texas Department of Social Services;
6  Peter Sleuter; San Bernardino Public Defender's Office, City of Yucca Valley
7  San Bernardino County District Attorney's Office; Friend of Pat Embrey named
8  Francis; Judge Bert Swift, William Sasnet, West Valley Detention Center of
9  Rancho Cucamonga; Mental Health Facility of Joshua Tree; Morongo Valley Mental
10 Health; Rape Crisis Center of Morongo Valley; Wonder Valley Fire Department,
11 Fire Captain Star; Yucca Valley Department of Adult Services; Welfare Department
12 Of Twentynine Palms; The United States Postal Service; The Social Security Administration
13 Star Medical of Yucca Valley; Welfare Department of San Bernardino; State of California
14 Medi-Cal; Kaiser Permanente of Fontana; Bank of America; Bank of America Student Loan
15 Division; Northwest Education Loan Association of Seattle; YWCA of Salt Lake City;
16 YWCA of Seattle; Morningsong Daycare; Seattle Emergency Housing; SNAP of Spokane
17 WA; Family Services of Seattle; City of Seattle; S. A. Farwell; SGT Mike Brady;
18 Salvation Army of Spokane; Dayna Littlejohn; Stephanie Carlson; Sue Ferguson;
19 Carla; Fremont Public Association; Multi-Service Center of Kent; Community Services of
20 San Bernardino; William Van de pauwart; Human Services System/ Department of
21 Children's Services; Dr Gina Bell; Community Health Association of Spokane;
22 ADP Alvarenga/Drake/Peterlin; Gloria Gebbie; Ms. Dane Burcham PD; Paul A Doyle JR;
23 WA State Patrol of Spokane WA; Jackie Spencer; State of California Department of
24 Rehabilitation Services of the Blind of Yucca Valley; Guide Dogs of the Desert, Palm Springs;
25 Arrowhead Regional Medical Center; Desert Regional Medical Center; Dr Karemi; Dr. Gellot;
26 Dr. Robinson; Richard Crouter; Wilfredo Rodriguez; Jose Rodriguez; Phillip Flickinger;
27 Michael Hurlwitz; International Union of Operating Engineers Local #12; Operating Engineers
28 Health and Welfare of Pasadena;

-{ PAGE \* MERGEFORMAT }-

1  Steven Terry Wilson; Owner of Apartments Cathy Maxwell Managed in Midvale Utah;
2  Nola and Juni Streeter; Couer D' Alene Police Department; Kootenai County Court;
3  Kootenai County Sheriff's Department; Silver Lake Motel of Couer D' Alene Idaho; San
4  Bernardino County DA Lee; President Gordon B Hinkley; Mitt Romney; Senator Orrin Hatch
5  Of Utah; Bellevue Community College Financial Aid; Bellevue Community College Dean of
6  Students; Bellevue Community College President's Office; American Education Services;
7  Swedish Medical Center Seattle; Harborview Medical Center; Carolyn Downs Family Medical
8  Center; Oddesa Brown Children's Medical Center Seattle; Dr Feldman; Dr. Richard Hubbard;
9  Dr. Naresh Sharma; Dr Donathan Anderson; Willow Valley Medical Center; Mohave Valley of
10 Mohave Valley AZ; Dr James Doty; Dr Styner; Dr Danielson; Barstow Regional Hospital;
11 Dr Loius Reddox; Econo Lodge of San Bernardino Caliornia; City of Twentynine Palms;
12 Twentynine Palms School District; Twentynine Palms Junior High; Onaga Elementary of
13 Yucca Valley, CA; Chuch of God Penecostal of Twentynine Palms CA; Copper Mountain
14 College of Joshua Tree California; Professor Gloria Fisher; San Bernardino Valley College;
15 Salt Lake Community College; College of the Desert; Yuba College of Marysville CA; Yuba
16 College Clear Lake Campus; California State Department of Rehabilitation of Santa Rosa, of
17 Ukiah, of San Bernardino, of Yucca Valley, of Indio, of Lakeport CA; Denise Debrae;
18 Dr Joel Dizon; Liberty Mutual Insurance Company; Peck, Jones & Bellows Construction;
19 Dillingham Construction; Moss Construction; D.W. Burhoe Construction; Los Angeles County
20 Library; City of Los Angeles Library; Kaiser Permanente Riverside Hospital; State of California
21 State Disability Insurance; State of Idaho Welfare of Couer d' Alene Idaho; Department of
22 Rehabilitation of Idaho Couer d' Alene; Utah Recovery Services of Utah; Bank of Nevada;
23 U S Bank of Spokane WA; U S Bank of Couer D Alene, ID; Utah State Tax; Internal Revenue
24 Service; Salvation Army of Salt Lake City; Hayden Idaho Police Department, Animal Control of
25 Couer d' Alene Idaho; Animal Control of San Bernardino California; Animal Control of Santa
26 Ana California; Animal Control of Pasadena CA, Animal Control of Twentynine Palms; Animal
27 Control of Henderson NV Department of Motor Vehicles State of California; Sarah Ainesworth
28

Complaint for Deprivation of Rights         -{ PAGE \* MERGEFORMAT }-

of Child Protective Services & Mr. Ainesworth of Social Security Administration of Yucca Valley, CA; Barbara Brodsky of Trio Student Support Services; YWCA East Cherry Seattle WA Office; Millenium Digital Cable Services; South King County YWCA Office; Country Doctor CHC of Seattle WA; Veterans Hospital of Salt Lake City Utah; Camarillo State mental Hospital of Camarrilo Ventura County; Loiusiana State Mental Hospital of Pineville LA; State of Iowa Broadlawns Mental Hospital of Des Moines, Iowa; State of Utah State Mental Hospital of Provo, Utah . Unknown individuals; such as a stalker, driving a Mercedes C-40, dark silver grey with WA plates, Plaintiff's reserve right to add as individuals become known. This is a complete list to the best of my knowledge as of 04/08/2006 of all known defendants.

## Defendants

Plaintiff's allege as follows:

1. We now reside in a confidential physical location inside King County, however our current Mailing address is 1025 E Fir Street # 743, Seattle WA 98122. Our cell phone number is 206-550-6046 and laptop phone number is 425-296-2403 and toll free fax is 866-814-6819. Our email address is { HYPERLINK "mailto:pbulldoze@yahoo.com" } .

2. Defendants named have contributed, committed, aided or abetted, conspired or colluded, in the denial of rights, kidnapping of children from legal custodial parents, denial of housing, denial of medical, threat of arrest, false arrest, false imprisonment, falsely fabricate charges to imprison parents, for the purpose of illegally and without due process of law, take children and give to those considered more worthy in the eyes of the Mormon Church or of Child Protective Services, irregardless of law. State Court decisions concerning such children taken, Juvenile Court decisions concerning said children. By doing so, Defendant's violated the Uniform Jurisdiction Custody Act, in that they financed trips for non-custodial parent and boyfriend to travel by air, to kidnap children, on one occasion, from Wilson, Randy Gordon in Los Angeles, CA. Extradite Wilson, Randy Gordon under false charges and false arrest to Couer d' Alene, ID,

Complaint for Deprivation of Rights        -{ PAGE \* MERGEFORMAT }-

1  on two occasions from San Bernardino County; to take children from legal custodial parent; an
2  arrest on false charges in Rancho Cucamonga and forced to sit in jail for nine months of false
3  imprisonment; to deny return of said children to legal custodial parent; namely Wilson, Randy
4  Gordon. Children have been falsely removed by Mormon Bishops on several occasions in
5  UTAH, IOWA, LOUISIANA, CALIFORNIA, IDAHO, and a current attempt is threatened by
6  Brenneke School of Massage to work with San Bernardino County, to have Wilson, Randy
7  Gordon and Mass, Norma Iris extradited to San Bernardino County for alleged felony
8  convictions and or investigations, and subsequently Brenneke School of Massage is to take our
9  children with the aid of Italian Lawyers in New York, because we, Norma and Randy,
10 complained and spoke to the Seattle police about, and currently seeking legal action on the fraud,
11 theft of proceeds, and obtaining of a student loan in Norma's name, without Norma or my
12 permission, knowledge or consent, and without my approval as Norma's attorney-in-fact since
13 the year 2000 on. Services of the Blind also are involved with the deception of changing content
14 of her service plan with Services of the Blind in a contract in a document dated and signed
15 someone supposed to be Norma and dated September 01/ 2005 and signed by defendant Mark
16 Dixon, also on September 01, 2005. Norma did not see or sign that on September 01, 2006,
17 since she was not in Seattle from August 19th 2005 to September 04, 2006 and was not at
18 Services of the Blind or Brenneke School of Massage until the 6th of September which was the
19 1st day of class. The service plan was changes on September 1st by Mark Dixon without notice to
20 Norma or Randy in violation of policy of the WA State services of the Blind and the figures from
21 such plan was used by Melanee Garrison to figure Norma's financial aid without Norma's
22 knowledge or Randy's knowledge as to the content of the changed plan. Melanie called us in
23 Spokane and so did Laura Ruuska on several occasions from Seattle to Spokane and so did Mark
24 Dixon of Services of the Blind to confirm that Norma would not have to get a loan if she did not
25 wish too, but that she would have to apply or a Pell grant which would be applied to her tuition
26 first, then Services of the Blind payments of $1870 per term for five terms would be applied to
27 her tuition, and then after services of the blind payments were applied first, we, Norma or I
28

Complaint for Deprivation of Rights                    -{ PAGE \* MERGEFORMAT }-

*Page 6 of 12.*

1. would make payments at $243 per month towards any tuition owed, first payment due September
2. 6th, 2006, the first day of class. Norma was also to receive additional funds from Services of the
3. Blind for Books, Supplies, etc. including a massage table. She was also to have mobility training
4. at the School at the rate of $50.00 per hour for a total of $500, reading services provided by me
5. for 80 hours per term for five terms at minimum wage of the State of Washington.  I reviewed a
6. contract months before in May or June with Brenneke School of Massage that incorporated those
7. terms into it and I signed it and had Norma sign it and I faxed it to Melanee Garrison at Brenneke
8. School of Massage per her request and I then obtained a loan for Norma based on the assurances
9. of both Melanie Garrison and Mark Dixon, that if she obtained a student loan, she would be able
10. to use those funds for her financial needs of attending school, including transportation,
11. equipment Services of the Blind refused to obtain for her to enable Norma to do the schoolwork,
12. such as Braile, CD recorder and CD's for recording lectures and books we were unable to find on
13. Audio of her Brenneke School required reading, daycare, and housing.  Mark Dixon and
14. Melanee repeatedly assured us that her student loans would not be used to pay for tuition, but
15. that her Pell grant, Services of the Blind payments and our payments of $243 per month x 15
16. months would be used to pay the tuition.  The loan I obtained was from Wachovia Bank for $
17. 6,625.00 and was approved and sent to Melanie for her to certify the dates that Norma would be
18. attending school so that they would then issue the check. Melanie kept telling Norma and Randy
19. that she never heard from Wachovia and knew nothing about it.  She then said that when Norma
20. did start school on September 06, 2006, that she would require Norma to resign the previous
21. financial aid contract and enrollment agreement that we had already signed and faxed to her
22. months before.  She said that she only needed Norma to resign to verify her signature in person
23. and that she did not want me or my twin girls age 5 coming into the building on the first day of
24. class since it would be crowded.  I asked her about the payment of $243 advising her that I
25. would have to use my visa instead of Norma's, and she said to just have Norma bring it in with
26. her to pay it. Since I had worked with Melanie, per her request to do Norma's FAFSA's for
27.
28.

Complaint for Deprivation of Rights                         -{ PAGE \* MERGEFORMAT }-

Page 7 of 12

1  2003 and 2004, and the agreements and contracts because I have a power of attorney agreement
2  with Norma's which she was aware of, and also Mark Dixon was aware of the power of
3  attorney, that I was required to read to Norma and sign for her any contract or read to her and
4  sign and have Norma sign any contract, that I could trust that she would not have Norma sign
5  anything that was not read by me to Norma and signed by me. Norma and I were both lied to
6  and Norma was deceived into signing a contract that I never saw on September 06, 2006 or at
7  anyother time until after February 20, 2006. On September 06, 2006 Norma was made to sign an
8  agreement that she did not know the contents thereof by Laura Rooska, who was to take Norma's
9  picture that day, but was told that she would have to do that on another day, She did see Melanee
10 who then had her sign the contract that Melanie told her was the same as the one previously
11 signed and faxed back to Brenneke before. Norma attempted to pay the payment after signing
12 the contract of $243 and was told that Services of the Blind had already paid the tuition and
13 books and supplies, including table and so did Laura Rooska who escourted Norma to the Book
14 Store of Brenneke. Russel. When Norma received her books, she asked Russel if she still needed
15 to pay for the books as she had been previously told that she would have to, until services of the
16 Blind had paid for them. He, Russel Brenneke, responded with, "Yes they are paid for by
17 services of the blind and you do not have to pay for them. Norma asked him to read the
18 paperwork from the services o the blind that would verify that the books were indeed paid for.
19 He then stated that he could not find the paperwork and therefore the books are free. Norma said
20 I really do not want to walk out of here with these books because I do not know what's really
21 going on here. Russell Brenneke then stated that the books would be free. Norma stated to
22 Russel Brenneke that she did not want to be stuck paying for them out of her student loan, and
23 then he told Norma, that he would make sure that that would not happen. He then stated that he
24 hoped that Norma was not recording this conversation, because he did not want to say anything
25 that would get him in trouble and then chuckled with a concerned tone to asked why would he be
26 in trouble and replied I don't know, something I might say? He the said, I want to make sure that
27 you are not recording me, and Norma replied, Don't worry, I am not. She then came out to my
28

Complaint for Deprivation of Rights                              -{ PAGE \* MERGEFORMAT }-

Page 8 of 12

car at about 6:00 PM and put the books in the car with me and the girls, and then Norma briefly told me what had happened about no payment needed or books to be paid for and returned my visa card. After Norma went to class I stuck my head into the Book store and asked Russel Brenneke, why no payment for tuition or books were required and he replied, Services of the Blind had paid for all and if I had further question speak to Melanee of Financial Aid.

Norma and I both asked Melanie by phone or in person several times asking about our student loan from Wachovia Bank, to which she kept responding that she never heard from them but Norma should expect her student loan within a few weeks. We told that we were really counting on this loan money because we could not afford to pay the higher rent that is required in Seattle as compared to Spokane and that I was also going to school at Bellevue and we had to pay for daycare of $1200 per month and that my student loan that I received from Bellevue was not enough to cover transportation, shelter, food, books, tuition, Norma's equipment, children's needs and everything else alone and that Norma desperately neede the loan money. About one week after we were sleeping in the car with the children, Melanie came over to the park near Brenneke and talked with us and told us that we should not trust Leonard, who we were sitting with at the park, and that we have to be careful about his kind that hang around parks where children play. I told Melane that Leonard was look at by my girls as their Grandpa, but she insisted that we should not trust him. She then handed Norma $40.00 in the form of two twenty dollar bills and told us not to tell anyone about it because she could get in trouble. I told her I would pay it back as soon as I can or when Norma gets her student loan money. She said not to pay it back and tell no one and then gave us her lunch. I asked her when would Norma receive her money from her student loan and she replied in a few weeks and informed us that Rachel who works at Brenneke was calling the shelters to find an opening for us. On October 1st I asked to see Melanee about Norma's loan money and was told that she was not in, so I tried again later that day and was asked by Sammie what do I need to see her for and I told her that I wanted to know about Norma's Loan. She then said Melanee was at a meeting and if I wanted to leave a message. I handed Sammy fourty dollars and asked her to give it to Melanee and tell her thank

Complaint for Deprivation of Rights　　　　　　　　-{ PAGE \* MERGEFORMAT }-

*Page 9 of 12*

1 you and that I wanted to speak to her about Norma's Loan. Sammy then asked what was the
2 money for, and I said it was a loan. She asked: a personal loan and I said yes and left. During the
3 next several months from Norma and I repeatedly tried to talk to Melanee who refused to talk to
4 me even after many calls and Norma talked did talk to her a few times who was evasive as to her
5 replies as to what happened to her money. At one point around Thanksgiving, Melanee talked to
6 me by phone and implied that I did not understand that Norma was not going to receive any
7 money until April after her second disbursement and it would only be about Twelve hundred
8 dollars then and about seventeen hundred dollars when she graduates in November 17, 2006.
9 I told Melanee that we could not afford that and that was not our agreement. Several calls to
10 Mark Dixon and several trips to Mark Dixon finally resulted in getting a meeting arranged with
11 services of the Blind and Brenneke and Norma was given permission to record any meeting,
12 lecture or massage while she attended at Brenneke including the meeting with Services of the
13 Blind, which we did record, along with a second meeting with Melanee and Julie Darrah and in
14 both meetings our twin girls were also present and all was recorded with permission from all
15 present. In the first meeting, Brenneke and Services of the Blind kept saying that Brenneke had
16 to provide for Norma things in Braille and Brenneke kept saying that Services of the Blind had to
17 provide. I made it clear that I had been spending money meant for my children to pay for
18 Norma's expenses and that DSB had paid for Norma's tuition and that I had just learned that a
19 loan was obtained by Brenneke thru Bank of America and that they took Norma's student loan
20 that we never knew about them seeking, obtaining or cashing the checks of and applying the
21 proceeds toward tuition already paid for by Services of the Blind. I was told by Jim Hastings
22 that Norma is responsible for her own tuition and that she did not deserve a penny of her student
23 loan. I replied that I would not allow Services of the Blind, Brenneke or anyone else to rob, steal,
24 obscond with Norma's student loan money and that it would cost them more than ten thousand
25 dollars just defend themselves if they did when I sued them all in Federal Court. They all
26 scoffed and scowled in their expressions and acted like we were crazy to think that the School or
27 Services of the Blind would pay for anything Norma needed, even though by contract, they
28

Complaint for Deprivation of Rights                    -{ PAGE \* MERGEFORMAT }-

1 agreed to. Also even though Julie and Dawn agreed to give me copies of everything in Norma's
2 academic and financial aid files, as of this date, no records have been received. Although
3 Mark Dixon still insists even after this meeting that Norma is entitalled to the services and
4 payments in the contract, no mobility, no reading money has been received and not all tutoring
5 has been paid. No student loan money has been returned to the bank as promised by Julie Ann
6 Darrah, no Pell grant money refunded to Norma that was overpaid. In the last meeting with
7 Brenneke that had Julie Ann Darrah, Melanee Garrison our twins present and Norma and Randy
8 and was recorded by the persistence of Julie Ann Darrah, Norma and I and the girls were
9 threatened that since we decided to go legal with this, we will get in trouble for a lie put on the
10 original contract with Brenneke that was apparently destroyed by Melanee, but Julie insists that
11 we have something to worry about even though she now says our contract is with Cortiva and we
12 do not know of any lies on it since we have never seen it. Julie went on to say that we had
13 something to worry about in Calironia, which she had previously implied on the phone that we
14 could get extradited to San Bernardino and they, Cortiva, with the help of Italian lawyers in New
15 York, take our twin girls ater we are extradited. When Julie made the threat of revealing a
16 charge in California she broke a confidentiality agreement made with us and Dawn Smidt that
17 they agreed to only discuss with the State DOL for massage. Melanee Garrison at that point and
18 time started calling us liars and accussing us of making threats toward them when I had told
19 them of my intent to sue. Melanee kept telling me not to yell at her when she was doing the
20 yelling and pointing her finger at us calling us liars. Julie said I threatened her and grab a
21 dictionary to show me that telling someone youi would sue them is a legal threat. I then told Julie
22 that I took paralegal courses and that I have a legal right to inorm you of my intent to sue if you
23 do not correct the illegal acts that they have committed, such as fraud, forgery, switching a
24 contract and changing the terms of such and having a Blind person sign it by deception, having
25 Norma sign anything I had not seen in violation of the known power-or-attorney I have and made
26 known to Brenneke. Julie called and tried to bribe me into accepting a reund of all loan money
27 and return of overpaid tuition if I will not say that the school violated Norma's rights or did any
28

Complaint for Deprivation of Rights                     -{ PAGE \* MERGEFORMAT }-

*Page 11 of 12*

1  harm to her. I refused and as of yet no refund of any type has been made. Norma was expelled
2  from class twice and I have been barred from entering Brenneke to escort Norma like I have for
3  months to her classes and to pick her up and Sammy, her service dog, who she was told she
4  could bring to class since they would not let me escort her has been expelled within one hour
5  after escorting Norma to class. With a note to take home to me. I picked Norma up at that time
6  and because o the threats, the escalating violations of Norma's rights, and a threatening letter
7  form the Italian Lawyer in New York to stay away from Brenneke or their policy against
8  outsiders entering the building would be enforced, Norma was forced to withdraw from school
9  and has suffered great emotional distress and harm by the actions of Brenneke School of
10 Massage and the threat of this billionaire Allen Clingman who has a picture of hisself walking
11 between twin girls like ours as he gets off of his private jet in Israel flown from Russia. When I
12 saw that on Forbes.com the threat of Cortiva taking our kids became credible in my mind and we
13 have been stalked also by a man in a Mercedes car C-40 since those meeting with Julie and
14 Services of the Blind.. Please file this lawsuit and bill my card the $250 so I can seek legal action
15 to stop this insane Brenneke School of Massage or anyone working with them to break the law
16 and harass us. I have the tapes which will prove the case along with other documents.

21 *Randy O. Wilson Per Se*
22 Raney O. Wilson  04/08/2006         Norma I. Miles  04/08/2006

23
24 1025 E Fir St #743              (206) 550-6046
25 Seattle, WA 98122

Complaint for Deprivation of Rights          -{ PAGE \* MERGEFORMAT }-
Page 12 of 12